RECEIVED
-4 2001

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

**KENDAL CHAMBERS and LANA CHAMBERS**, individually and as Natural Parents and Next Friends of **ELLIOTT CHAMBERS**, a minor,

Plaintiffs,

v.

**DANA BABBITT**, in his official capacity as Principal of Woodbury High School, and **INDEPENDENT SCHOOL DISTRICT NO. 833, SOUTH WASHINGTON COUNTY**,

Defendants.

Case No. 01 CV 569 DWF/AJB

RECEIVED
BY MAIL
JAN 02 2002
CLERK US DIST COURT
ST. PAUL, MN

**STIPULATION FOR CONSENT JUDGMENT AND PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE AND ORDER**

It is hereby stipulated and agreed, by and among the parties, through their respective undersigned attorneys, that a Consent Judgment and Order for Permanent Injunction shall be issued by the Court in the form attached hereto as Exhibit A.

It is further stipulated and agreed that all of the Plaintiffs' claims against Defendants set forth in Plaintiffs' Complaint, other than the specific claim which is the subject of the Consent Judgment and Order for Permanent Injunction, attached hereto as Exhibit A, may be and hereby are dismissed with prejudice and on the merits, without cost to any party, and that a Judgment of Dismissal With Prejudice and on the merits may be entered pursuant to this Stipulation without further notice to the parties.

FILED JAN 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 02 2002
DEPUTY CLERK

***AMERICAN FAMILY ASSOCIATION***
***CENTER FOR LAW & POLICY***

Dated:

By: ____________________
Stephen M. Crampton, MS Bar #9952
(Admitted pro hac vice)
Michael J. DePrimo, MS Bar #10813
(Admitted pro hac vice)
Brian Fahling, WA Bar #18894
Admitted pro hac vice)
Attorneys for Plaintiffs
P.O. Drawer 2440
100 Parkgate Drive
Tupelo, MS 38803
(662) 680-3886

and

***VEST & HOWSE, P.A.***

Dated: 12/28/01

By: ____________________
G. Craig Howse #028607
Attorney for Plaintiffs
6300 Shingle Creek Parkway East
Suite 360.
Brooklyn Center, MN 55430
(763) 566-3720

***BROWNSON & BALLOU, PLLP***

Dated: 12/28/01

By: ____________________
Scott Ballou #4364
Attorney for Defendant
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402
(612) 332-4020

# ORDER

Upon the foregoing Stipulation for Consent Judgment and Order for Permanent Injunction,

***IT IS HEREBY ORDERED:***

That a dismissal with prejudice and on the merits without costs to any party be entered in the above-entitled matter, including all claims asserted by the Plaintiffs against the Defendants, save and except for those claims which are the subject matter of the parties' Stipulation and Order for Consent Judgment and Permanent injunction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Jan. 2, 2002

**By the Court**

Donovan W. Frank
Judge of the United States District Court